IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
WELLS FARGO BANK, N.A.,      )
                             )
    Plaintiff,               )
                             )    CIVIL ACTION NO.
    v.                       )      1:09cv586-MHT
                             )          (WO)
RICARDO PIERRE,              )
                             )
    Defendant.               )
```

ORDER

On April 13, 2010, the magistrate judge issued a recommendation to which no timely objections were made. Upon an independent and de novo review of the record and upon consideration of the recommendation of the magistrate judge, it is the ORDER, JUDGMENT and DECREE that:

   (1) The report and recommendation of the magistrate judge (Doc. No. 21) is adopted.

   (2) Plaintiff Wells Fargo Bank, N.A.'s motion for summary judgment (Doc. No. 19) be granted.

An appropriate judgment will be entered.

DONE, this the 30th day of April, 2010.

                       /s/ Myron H. Thompson
                       UNITED STATES DISTRICT JUDGE