IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


```
WELLS FARGO BANK, N.A.,        )
                               )
     Plaintiff,                )
                               )        CIVIL ACTION NO.
     v.                        )         1:09cv586-MHT
                               )              (WO)
RICARDO PIERRE,                )
                               )
     Defendant.                )
```

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of the court, it is ORDERED and ADJUDGED that judgment is entered in favor of plaintiff Wells Fargo Bank, N.A. and against defendant Ricardo Pierre and that plaintiff Wells Fargo Bank, N.A. shall have and recover from defendant Pierre the sum of $ 125,558.27.

It is further ORDERED that costs are taxed against defendant Pierre, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant

to Rule 58 of the Federal Rules of Civil Procedure and

close this file.

DONE, this the 30th day of April, 2010.


　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　 UNITED STATES DISTRICT JUDGE